# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2018

156498

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Plaintiff-Appellee,

v

CLYDE RICHARD GREEN,
　　　　　Defendant-Appellant.

SC: 156498
COA: 338712
Iosco CC: 13-008088-FH

_____/

　　　　By order of February 20, 2018, the prosecuting attorney was directed to answer the application for leave to appeal the July 25, 2017 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration, as on leave granted, of whether the defendant was denied the effective assistance of counsel by counsel's failure to advise the defendant that the offense to which he was pleading no contest was a felony. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining question presented should be reviewed by this Court.



　　　　I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2018



t1217

Clerk